UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

vs.

CASE NO: 2:22-cv-01127-AMM

NICKEL HOLDINGS LLC,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL
OF ROEHUFF RESTAURANTS, INC., WITHOUT PREJUDICE**

    Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requests this Court to dismiss ROEHUFF RESTAURANTS, INC., as a party defendant to the above-styled cause, without prejudice, in light of Plaintiff's amendment of her complaint to name NICKEL HOLDINGS LLC, as the proper party defendant.

    Dated this the 21st day of February, 2023.

                                        Respectfully submitted,

                                         *s/ Edward I. Zwilling*
                                        Edward I. Zwilling
                                        Al Bar No. ASB-1565-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone: (205) 822-2701
Email:  edwardzwilling@zwillinglaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each registered participant.  **A copy has also this date been emailed to Trey Perdue at *trey.perdue@dentons.com*.**

                                      *s/ Edward I. Zwilling*
                                      Edward I. Zwilling