UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

vs.                                      CASE NO: 2:22-cv-01127-AMM

NICKEL HOLDINGS LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, by and through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, requests this Court to dismiss the above-styled cause with prejudice. The parties have reached an amicable resolution of all issues raised in Plaintiff's Second Amended Complaint.

    Dated this the 18th day of May, 2023.

                                            Respectfully submitted,

                                             *s/ Edward I. Zwilling*
                                             Edward I. Zwilling
                                             Al Bar No. ASB-1565-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.

Birmingham, Alabama 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each registered participant. **A copy has also this date been emailed to Tom Buck at *tombuck@longshorebuck.com*.**

                                            *s/ Edward I. Zwilling*
                                            Edward I. Zwilling